190 So.2d 242

### Earl David BEAVERS et ux.

v.

### James A. BUTLER et al.

No. 48382.

Oct. 11, 1966.

In re: James A. Butler and Quincy Mutual Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 188 So.2d 725.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

190 So.2d 242

### Floyd Joseph BOULEY

v.

### The FIDELITY AND CASUALTY COMPANY OF NEW YORK.

No. 48391.

Oct. 11, 1966.

In re: Floyd Joseph Bouley applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 189 So.2d 421.

Writ refused. No error of law under the facts found by the Court of Appeal.